## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTHEASTERN DIVISION

| | |
|---|---|
| CRAIG HILL, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 1:20-CV-152-ACL |
| CITY OF CARUTHERSVILLE, et al., | ) |
| Defendants. | ) |

### MEMORANDUM AND ORDER

This closed matter is before the Court on a letter from self-represented plaintiff Craig Hill requesting the Clerk of Court to send him a copy of his "case file," including "all documents in [the Court's] possession," so he may "reopen" this matter "on the grounds of newly discovered evidence." ECF No. 21.

The Court will decline to grant this request. The Court does not provide free copies of documents, even if those documents were filed by the parties themselves. The Court dismissed and closed this action on August 14, 2020, for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B). *See* ECF Nos. 7, 8. Plaintiff seeks copies of documents that were filed after this matter was closed, and the Court has already explained to him that he cannot "reopen" this case:

> The Court notes that its August 14th dismissal was without prejudice to plaintiff filing a new lawsuit in the future against the named defendants, should he decide to do so; however, the instant action is closed. To the extent plaintiff can be understood to seek the reinstatement of a different civil case, he is advised that he cannot receive such relief by filing an amended complaint or any other motions in this case.

ECF No. 11 at 1.

Plaintiff may, however, obtain copies by requesting such documents from the Clerk of Court at the current rate of fifty cents (0.50) per page. The cost of such copies must be paid in

advance and submitted with the request. **If plaintiff wishes to obtain copies, he must resubmit his request describing the exact documents he wishes to receive and include payment.** To facilitate this, the Court will have the Clerk provide plaintiff with a copy of the docket sheet. For plaintiff's reference, the original complaint is four (4) pages; the Court's July 17, 2020 Order is two (2) pages; the amended complaint is thirteen (13) pages; the motion for leave to proceed *in forma pauperis* is three (3) pages; the inmate account statement is four (4) pages; the Court's August 14, 2020 Order and Dismissal are thirteen (13) pages; the letter from the Clerk of Court is six (6) pages; the second amended complaint is seventeen (17) pages; the August 31, 2020 Order striking the second amended complaint is two (2) pages; the notice of appeal is six (6) pages; the motion for leave to proceed *in forma pauperis* on appeal is four (4) pages; the September 4, 2020 order denying plaintiff's motion for leave to proceed *in forma pauperis* on appeal is one (1) page; and the remaining appellate documents, including the mandate dismissing the appeal is ten (10) pages.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's letter, construed as a post-dismissal motion for copies [ECF No. 21], is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall provide plaintiff with a copy of the docket sheet.

Dated this 27th day of May, 2022.

                                                    s/*Abbie Crites-Leoni*
                                                    ABBIE CRITES-LEONI
                                                    UNITED STATES MAGISTRATE JUDGE